IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| **Armament Systems and Procedures, Inc.,** ) <br> ) <br>     *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> **RadioShack Corporation** ) <br> ) <br>     *Defendant*. ) | Civil Action No. 06-C-0835 <br><br> Judge William C. Griesbach |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Armament Systems and Procedure, Inc. states that Defendant RadioShack Corporation has not served an answer or a motion for summary judgment in response to Plaintiff's Complaint, and hereby provides notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of dismissal with prejudice of all claims asserted in this action.

Dated: November 28, 2006

| | |
|---|---|
| **WOLIN, KELTER & ROSEN, LTD.** <br><br> By: s/ Richard S. Kuhlman <br> Richard S. Kuhlman, Esq. <br><br> Michael E. Pildes, Esq. <br> WOLIN, KELTER & ROSEN, LTD. <br> 55 W. Monroe St., Suite 3500 <br> Chicago, IL 60603 <br> (312) 424-0600 <br> (312) 424-0660 (FAX) <br><br> Wanda E. Jones, Esq. <br> JONES LAW OFFICES <br> 60 N. Jefferson <br> P. O. Box 1759 <br> Nashville, IN 47448-1759 | Bruce O'Neill, Esq. <br> Michael J. Hanrahan, Esq. <br> FOX O'NEILL & SHANNON <br> 622 North Water Street, Suite 500 <br> Milwaukee, WI 53202 <br> (414) 273-3939 <br> (414) 273-3947 <br><br> Attorneys for Plaintiff <br> Armament Systems and Procedures, Inc. |